STEPHEN P. WILEY, City Attorney
Tom R. Shapiro, Assistant City Attorney
State Bar Nos. 84517, 127383
Post Office Box 1990
Santa Barbara, California 93102-1990
(t)    (805) 564-5326 (f) (805) 897-2532
(e)    tshapiro@santabarbaraca.gov


Attorneys for City of Santa Barbara




UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SANTA BARBARA PATIENTS' COLLECTIVE HEALTH COOPERATIVE, a California cooperative corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>CITY OF SANTA BARBARA, a California municipal corporation, and DOES 1-20, inclusive,<br><br>         Defendant. | CASE NO.  CV10-6534 DDP(RCx)<br><br>ANSWER OF CITY OF SANTA BARBARA<br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: August 2, 2010 |


Defendant City of Santa Barbara, answers the Complaint of Santa Barbara Patients' Collective Health Cooperative, as follows:  answering the complaint for itself alone and pursuant to Fed.R.Civ.P., Rule 8, admits, denies and allege as follows:

1

1.     Defendant denies generally and specifically all allegations of all paragraphs in the complaint that are not specifically admitted herein.

2.     For answer to paragraph one, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

3.     For answer to paragraph two, Defendant admits the allegations in said paragraph.

4.     For answer to paragraph three, Defendant has no knowledge of this as no facts are stated.

5.     For answer to paragraph four, Defendant admits the allegations in said paragraph as to jurisdiction of this court.

6.     For answer to paragraph five, Defendant admits the allegations in said paragraph as to jurisdiction of this court.

7.     For answer to paragraph six, Defendant admits the allegations in said paragraph as to the fact that plaintiff need not file a government claim for its causes of action under 42 U.S.C. § 1983.

8.     For answer to paragraph seven, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

9.     For answer to paragraph eight, Defendant admits the allegations in said paragraph as to venue in the Untied States District Court for the Central District of California.

10.    For answer to paragraph nine, Defendant denies the allegations in said paragraph as the dates of the adoption of the ordinance are incorrect.

11.    For answer to paragraph ten, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

12.    For answer to paragraph eleven, Defendant admits the allegations in said paragraph.

13.    For answer to paragraph twelve, Defendant admits the allegations in said paragraph.

14.    For answer to paragraph thirteen, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

15.    For answer to paragraph fourteen, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

16.    For answer to paragraph fifteen, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

17.    For answer to paragraph sixteen, Defendant admits the allegations in said paragraph.

18.    For answer to paragraph seventeen, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

19.    For answer to paragraph eighteen, Defendant admits the allegations in said paragraph.

20.    For answer to paragraph nineteen, Defendant incorporates by reference all responses to paragraphs 1 through 19 above.

21.    For answer to paragraph twenty, Defendant denies the allegations in said paragraph as stated.

22.    For answer to paragraph twenty-one, Defendant denies the allegations in said paragraph as stated.

23.    For answer to paragraph twenty-two, Defendant incorporates by reference all responses to paragraphs 1-22 above.

24.    For answer to paragraph twenty-three, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

25.    For answer to paragraph twenty-four, Defendant denies the allegations in said paragraph.

26.    For answer to paragraph twenty-five, Defendant incorporates by reference all responses to paragraphs 1-25 above.

27.    For answer to paragraph twenty-six, Defendant denies the allegations in said paragraph as stated.

28.    For answer to paragraph twenty-seven, Defendant denies the allegations in said paragraph as stated.

29.    For answer to paragraph twenty-eight, Defendant incorporates by reference all responses to paragraphs 1-28 above.

30.    For answer to paragraph twenty-nine, Defendant denies the allegations in said paragraph as stated.

31.    For answer to paragraph thirty, Defendant denies the allegations in said paragraph as stated.

32.    For answer to paragraph thirty-one, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

33.    For answer to paragraph thirty-two, Defendant denies the allegations in said paragraph as stated.

34.    For answer to paragraph thirty-three, Defendant denies the allegations in said paragraph as stated.

35.    For answer to paragraph thirty-four, Defendant denies the allegations in said paragraph as stated.

36.    For answer to paragraph thirty-five, Defendant denies the allegations in said paragraph as stated.

37.    For answer to paragraph thirty-six, Defendant denies the allegations in said paragraph as stated.

38.    For answer to paragraph thirty-seven, Defendant incorporates by reference all responses to paragraphs 1-37 above.

39.    For answer to paragraph thirty-eight, Defendant denies the allegations in said paragraph as stated.

40.    For answer to paragraph thirty-nine, Defendant denies the allegations in said paragraph as stated.

41.    For answer to paragraph forty, Defendant denies the allegations in said paragraph as stated.

42.    For answer to paragraph forty-one, Defendant denies the allegations in said paragraph as stated.

43.    For answer to paragraph forty-two, Defendant denies the allegations in said paragraph as stated.

44.    For answer to paragraph forty-three, Defendant incorporates by reference all responses to paragraphs 1-43 above.

45.    For answer to paragraph forty-four, Defendant denies the allegations in said paragraph as stated.

46.    For answer to paragraph forty-five, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

47.    For answer to paragraph forty-six, Defendant denies the allegations in said paragraph as stated.

48.    For answer to paragraph forty-seven, Defendant denies the allegations in said paragraph as stated.

49.    For answer to paragraph forty-eight, Defendant denies the allegations in said paragraph as stated.

50.     For answer to paragraph forty-nine, Defendant denies the allegations in said paragraph as stated.

51.     For answer to paragraph fifty, Defendant incorporates by reference all responses to paragraphs 1-50 above.

52.     For answer to paragraph fifty-one, Defendant denies the allegations in said paragraph as stated.

53.     For answer to paragraph fifty-two, Defendant denies the allegations in said paragraph as stated.

54.     For answer to paragraph fifty-three, Defendant denies the allegations in said paragraph as stated.

55.     For answer to paragraph fifty-four, Defendant denies the allegations in said paragraph as stated.

56.     For answer to paragraph fifty-five, Defendant denies the allegations in said paragraph as stated.

57.     For answer to paragraph fifty-six, Defendant denies the allegations in said paragraph as stated.

58.     For answer to paragraph fifty-seven, Defendant denies the allegations in said paragraph as stated.

Defendant raises the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

1.      Plaintiff's recovery is barred because it has failed to exhaust its available administrative remedies prior to filing suit.

**SECOND AFFIRMATIVE DEFENSE**

2.      The complaint and each and every cause of action therein are barred because the action has not ripened to a justicable controversy.

**THIRD AFFIRMATIVE DEFENSE**

3.      The complaint and each cause of action fail to state a claim on which relief can be granted.

**FOURTH AFFIRMATIVE DEFENSE**

4.      Plaintiff lacks standing to pursue this action.

**FIFTH AFFIRMATIVE DEFENSE**

5.      Plaintiff has failed to act reasonably to mitigate or minimize its damages.

**SIXTH AFFIRMATIVE DEFENSE**

6.      There is no proximate cause between the alleged acts of the City of Santa Barbara and the alleged injuries of plaintiff.

**SEVENTH AFFIRMATIVE DEFENSE**

7.      Plaintiff's claim under the Federal Civil Rights Act is barred due to the existence of adequate state remedies.

**EIGHTH AFFIRMATIVE DEFENSE**

8.     Plaintiff's recovery is barred because a public entity is immune from liability for any action taken under the pressure of public necessity to avert impending peril which constitutes a valid and legitimate exercise of the police power.

WHEREFORE, the City of Santa Barbara, requests as follows:

a.     That the complaint be dismissed with prejudice;

b.     That it be awarded their costs of suit incurred herein;

c.     That it be awarded attorney's fees pursuant to 42 U.S. Code § 1988;

d.     For such other and further relief as the Court deems proper.

DATED:  September 21, 2010          STEPHEN P. WILEY, City Attorney


                                    By_____/s/_____
                                            Tom R. Shapiro
                                         Assistant City Attorney
                                     Attorneys for City of Santa Barbara