# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-06534 DDP (RCx) | Date | November 22, 2010 |
| Title | SANTA BARBARA PATIENTS' COLLECTIVE HEALTH COOPERATIVE -V- CITY OF SANTA BARBARA et al. | | |

Present: The Honorable    DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Howard N. Ellman | Stephen Wiley |
| | Tom R. Shapiro |

Proceedings:    MOTION FOR PRELIMINARY INJUNCTION RE: ILLEGAL TERMINATION OF BUSINESS FILED BY PLAINTIFF SANTA BARBARA PATIENTS' COLLECTIVE HEALTH COOPERATIVE (FILED ON 11 / DOCKET NUMBER 09-29-10)

Court hears oral argument and takes the matter under submission.

|  |  |
|---|---|
| 0 0 | : 37 |
| Initials of Preparer | JAC |