STEPHEN P. WILEY, City Attorney
Tom R. Shapiro, Assistant City Attorney
State Bar Nos. 84517, 127383
Post Office Box 1990
Santa Barbara, California 93102-1990
(t)      (805) 564-5326 (f) (805) 897-2532
(e)      tshapiro@santabarbaraca.gov

Attorneys for City of Santa Barbara

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SANTA BARBARA PATIENTS' COLLECTIVE HEALTH COOPERATIVE, a California cooperative corporation, | CASE NO.  CV10-6534 DDP(RCx) |
| | CITY OF SANTA BARBARA'S ANSWER TO FIRST AMENDED COMPLAINT AND PETITION FOR WRIT OF MANDATE |
| Plaintiff, | |
| vs. | |
| CITY OF SANTA BARBARA, a California municipal corporation, and DOES 1-20, inclusive, | |
| Defendant. | |
| | Complaint Filed: August 2, 2010 |

Defendant City of Santa Barbara, answers the First Amended Complaint of Santa

Barbara Patients' Collective Health Cooperative, as follows:  answering the complaint

1

for itself alone and pursuant to <u>Fed.R.Civ.P.</u>, Rule 8, admits, denies and allege as follows:

1.      Defendant denies generally and specifically all allegations of all paragraphs in the complaint that are not specifically admitted herein.

2.      For answer to paragraph one, Defendant denies that the Plaintiff is lawfully operating a medical marijuana collective.  Defendant admits the other allegations in said paragraph.

3.      For answer to paragraph two, Defendant denies the allegations in said paragraph.

4.      For answer to paragraph three, Defendant admits the allegations in said paragraph.

5.      For answer to paragraph four, Defendant denies the allegations in said paragraph as to jurisdiction of this court.

6.      For answer to paragraph five, Defendant denies the allegations in said paragraph.

7.      For answer to paragraph six, Defendant denies the allegations in said paragraph.

8.      For answer to paragraph seven, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

9.      For answer to paragraph eight, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

10.     For answer to paragraph nine, Defendant denies the allegations in said paragraph.

11.     For answer to paragraph ten, Defendant denies the allegations in said paragraph.

12.     For answer to paragraph eleven, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

13.     For answer to paragraph twelve, Defendant admits the allegations in said paragraph.

14.     For answer to paragraph thirteen, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

15.     For answer to paragraph fourteen, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

16.     For answer to paragraph fifteen, Defendant admits the allegations in said paragraph.

17.     For answer to paragraph sixteen, Defendant admits that Plaintiff is not required to file a California Government Code claim.  The inclusion of case law or other legal argument is improper in a notice pleading.  Therefore, and on that basis, Defendant will not admit, and will deny everything else contained in this paragraph.

18.     For answer to paragraph seventeen, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

19.     For answer to paragraph eighteen, Defendant admits the allegations in said paragraph.

20.     For answer to paragraph nineteen, Defendant admits the allegations in said paragraph.

21.     For answer to paragraph twenty, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

22.     For answer to paragraph twenty-one, Defendant admits the allegations in said paragraph.

23.     For answer to paragraph twenty-two, Defendant admits the issuance of a resolution, and denies the remaining factual allegations in said paragraph.

24.     For answer to paragraph twenty-three, Defendant admits the allegations in said paragraph.

25.     For answer to paragraph twenty-four, Defendant admits the allegations in said paragraph.

26.     For answer to paragraph twenty-five, Defendant admits the allegations in said paragraph.

27.     For answer to paragraph twenty-six, Defendant admits that it issued a building permit, and denies all of the remaining allegations in said paragraph as stated.

28.     For answer to paragraph twenty-seven, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

29.     For answer to paragraph twenty-eight, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

30.     For answer to paragraph twenty-nine, Defendant denies the allegations in said paragraph.

31.     For answer to paragraph thirty, Defendant admits the allegations in said paragraph.

32.     For answer to paragraph thirty-one, Defendant admits the allegations in said paragraph.

33.     For answer to paragraph thirty-two, Defendant denies the allegations in said paragraph.

34.     For answer to paragraph thirty-three, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

35.     For answer to paragraph thirty-four, Defendant denies the allegations in said paragraph as stated.

36.     For answer to paragraph thirty-five, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

37.    For answer to paragraph thirty-six, Defendant denies the allegations in said paragraph as stated.

38.    For answer to paragraph thirty-seven, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

39.    For answer to paragraph thirty-eight, Defendant denies the allegations in said paragraph as stated.

40.    For answer to paragraph thirty-nine, Defendant denies the allegations in said paragraph as stated.

41.    For answer to paragraph forty, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

42.    For answer to paragraph forty-one, Defendant denies the allegations in said paragraph as stated.

43.    For answer to paragraph forty-two, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

44.    For answer to paragraph forty-three, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

45.     For answer to paragraph forty-four, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

46.     For answer to paragraph forty-five, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

47.     For answer to paragraph forty-six, Defendant denies the allegations in said paragraph as stated.

48.     For answer to paragraph forty-seven, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

49.     For answer to paragraph forty-eight, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

50.     For answer to paragraph forty-nine, Defendant denies the allegations in said paragraph as stated.

51.     For answer to paragraph fifty, Defendant denies the allegations in said paragraph.

52.     For answer to paragraph fifty-one, Defendant denies the allegations in said paragraph as stated.

53.     For answer to paragraph fifty-two, Defendant incorporates by reference all responses to paragraphs 1 through 51 above.

54.     For answer to paragraph fifty-three, Defendant denies the allegations in said paragraph as stated.

55.     For answer to paragraph fifty-four, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

56.     For answer to paragraph fifty-five, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

57.     For answer to paragraph fifty-six, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

58.     For answer to paragraph fifty-seven, Defendant denies the allegations in said paragraph as stated.

59.     For answer to paragraph fifty-eight, Defendant denies the allegations in said paragraph as stated.

60.     For answer to paragraph fifty-nine, Defendant denies the allegations in said paragraph as stated.

61.     For answer to paragraph sixty, Defendant denies the allegations in said paragraph as stated.

62.     For answer to paragraph sixty-one, Defendant denies the allegations in said paragraph as stated.

63.     For answer to paragraph sixty-two, Defendant incorporates by reference all responses to paragraphs 1 through 61 above.

64.     For answer to paragraph sixty-three, Defendant admits the allegations in said paragraph as stated.

65.     For answer to paragraph sixty-four, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

66.     For answer to paragraph sixty-five, Defendant denies the allegations in said paragraph as stated.

67.     For answer to paragraph sixty-six, Defendant denies the allegations in said paragraph as stated.

68.     For answer to paragraph sixty-seven, Defendant denies the allegations in said paragraph as stated.

69.     For answer to paragraph sixty-eight, Defendant denies the allegations in said paragraph as stated.

70.     For answer to paragraph sixty-nine, Defendant denies the allegations in said paragraph as stated.

71.     For answer to paragraph seventy, Defendant denies the allegations in said paragraph as stated.

72.     For answer to paragraph seventy-one, Defendant denies the allegations in said paragraph as stated.

73.     For answer to paragraph seventy-two, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

74.     For answer to paragraph seventy-three, Defendant denies the allegations in said paragraph as stated.

75.     For answer to paragraph seventy-four, Defendant denies the allegations in said paragraph as stated.

76.     For answer to paragraph seventy-five, Defendant incorporates by reference all responses to paragraphs 1 through 75 above.

77.     For answer to paragraph seventy-six, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

78.     For answer to paragraph seventy-seven, Defendant denies the allegations in said paragraph as stated.

79.     For answer to paragraph seventy-eight, Defendant denies the allegations in said paragraph as stated.

80.    For answer to paragraph seventy-nine, Defendant denies the allegations in said paragraph as stated.

81.    For answer to paragraph eighty, Defendant denies the allegations in said paragraph as stated.

82.    For answer to paragraph eighty-one, Defendant denies the allegations in said paragraph as stated.

83.    For answer to paragraph eighty-two, Defendant denies the allegations in said paragraph as stated.

84.    For answer to paragraph eighty-three, Defendant incorporates by reference all responses to paragraphs 1 through 83 above.

85.    For answer to paragraph eighty-four, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

86.    For answer to paragraph eighty-five, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

87.    For answer to paragraph eighty-six, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

88.    For answer to paragraph eighty-seven, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

89.    For answer to paragraph eighty-eight, Defendant denies the allegations in said paragraph as stated.

90.    For answer to paragraph eighty-nine, Defendant denies the allegations in said paragraph as stated.

91.    For answer to paragraph ninety, Defendant incorporates by reference all responses to paragraphs 1 through 90 above.

92.    For answer to paragraph ninety-one, Defendant denies the allegations in said paragraph as stated.

93.    For answer to paragraph ninety-two, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

94.    For answer to paragraph ninety-three, Defendant has no knowledge of these facts and denies the allegations in said paragraph as stated.

95.    For answer to paragraph ninety-four, Defendant denies the allegations in said paragraph as stated.

96.    For answer to paragraph ninety-five, Defendant incorporates by reference all responses to paragraphs 1 through 95 above.

97.    For answer to paragraph ninety-six, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

98.    For answer to paragraph ninety-seven, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

99.    For answer to paragraph ninety-eight, Defendant denies the allegations in said paragraph as stated.

100.    For answer to paragraph ninety-nine, Defendant incorporates by reference all responses to paragraphs 1 through 99 above.

101.    For answer to one hundred, Defendant denies the allegations in said paragraph as stated.

102.    For answer to paragraph one hundred-one, Defendant denies the allegations in said paragraph as stated.

103.    For answer to paragraph one hundred-two, Defendant incorporates by reference all responses to paragraphs 1 through 102 above.

104.    For answer to paragraph one hundred-three, Defendant denies the allegations in said paragraph as stated.

105.    For answer to paragraph one hundred-four, Defendant denies the allegations in said paragraph as stated.

106.   For answer to paragraph one hundred-five, the inclusion of case law or other legal argument is improper in a notice pleading.  Defendant denies the allegations in said paragraph as stated.

Defendant raises the following affirmative defenses:

**FIRST AFFIRMATIVE DEFENSE**

1.   Plaintiff's recovery is barred because it has failed to exhaust its available administrative remedies prior to filing suit.

**SECOND AFFIRMATIVE DEFENSE**

2.   The complaint and each and every cause of action therein are barred because the action has not ripened to a justicable controversy.

**THIRD AFFIRMATIVE DEFENSE**

3.   The complaint and each cause of action fail to state a claim on which relief can be granted.

**FOURTH AFFIRMATIVE DEFENSE**

4.   Plaintiff lacks standing to pursue this action.

**FIFTH AFFIRMATIVE DEFENSE**

5.   Plaintiff has failed to act reasonably to mitigate or minimize its damages.

**SIXTH AFFIRMATIVE DEFENSE**

6.   There is no proximate cause between the alleged acts of the City of Santa Barbara and the alleged injuries of plaintiff.

**SEVENTH AFFIRMATIVE DEFENSE**

7.     Plaintiff's claim under the Federal Civil Rights Act is barred due to the existence of adequate state remedies.

**EIGHTH AFFIRMATIVE DEFENSE**

8.     Plaintiff's recovery is barred because a public entity is immune from liability for any action taken under the pressure of public necessity to avert impending peril which constitutes a valid and legitimate exercise of the police power.

**NINTH AFFIRMATIVE DEFENSE**

9.     Plaintiff's recovery is barred under Government Code sections 818.2 and 821 because defendant is not liable for any injury flowing from the adoption of regulatory legislation, safety regulations or from its enactment of any other statute, ordinance or regulation.

**TENTH AFFIRMATIVE DEFENSE**

10.     Plaintiff's recovery is barred because a public entity and public employees are immune from liability for any injury resulting from acts or omissions within their discretion.  **Gov. Code §§815.2(b), 820.2**

**ELEVENTH AFFIRMATIVE DEFENSE**

11.     Plaintiff's recovery is barred because public entities and employees are
        immune from liability for any act or omission while exercising due care in
        the execution or enforcement of any law.  **Gov. Code §820.4**

**TWELFTH AFFIRMATIVE DEFENSE**

12.     Plaintiff's recovery is barred because a public employee is immune from liability for any act or omission while acting in good faith, without malice, and under the apparent authority of an enactment.  **Gov. Code §820.6.**

**THIRTEENTH AFFIRMATIVE DEFENSE**

13.     A public entity is not liable for damages awarded under Civil Code section 3294 or other damages imposed primarily for the sake of example and by way of punishing the defendant.  **Gov. Code §818.**

**FOURTEENTH AFFIRMATIVE DEFENSE**

14.     Plaintiff's recovery is barred pursuant to Cal. Government Code section 840.6 because the act or omission that created the alleged condition was reasonable and the action, or lack thereof, to protect against the risk of injury created by the condition was reasonable.  **Gov. Code §840.6**

WHEREFORE, the City of Santa Barbara, requests as follows:

a.     That the complaint be dismissed with prejudice;

b.     That it be awarded their costs of suit incurred herein;

c.     That it be awarded attorney's fees pursuant to 42 U.S. Code § 1988;

d.      For such other and further relief as the Court deems proper.

DATED:  September 1, 2011              STEPHEN P. WILEY, City Attorney


By_____/s/_____
                Tom R. Shapiro
             Assistant City Attorney
        Attorneys for City of Santa Barbara