UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA BARBARA PATIENTS' COLLECTIVE HEALTH COOPERATIVE, etc., <br><br>     Plaintiff/Petitioner, <br><br>     vs. <br><br> CITY OF SANTA BARBARA, etc., et al., <br><br>     Defendants/Respondents. | CASE NO.   CV 10-06534 DDP (RCx) <br><br> [PROPOSED] ORDER ON STIPULATION TO RESCHEDULE DATES FOR TRIAL, PRE-TRIAL CONFERENCE, MOTION CUT-OFF, AND DISCOVERY CUT-OFF <br><br> Hon. Dean D. Pregerson <br> Courtroom 3 - 2nd Floor, Spring Street |

     The parties' stipulation requesting this Court modify the scheduling order of December 22, 2011 having been filed and good cause having been shown to the Court's satisfaction,

     IT IS HEREBY ORDERED that the trial and related dates are continued as follows:

1

1 - Trial: April 9, 2013 at 9:00 a.m.
2 - Final Pre-Trial Conference: March 18, 2013 at 11: a.m.
3 - Last Day To File Motions: January 22, 2013
4 - Discovery Cutoff: December 22, 2012

IT IS SO ORDERED.

Dated: July 11, 2012

Dean D. Pregerson
United States District Judge