**NO FURTHER EXTENSIONS
WILL BE GRANTED**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA BARBARA PATIENTS' COLLECTIVE HEALTH COOPERATIVE, etc., <br><br> Plaintiff/Petitioner, <br><br> vs. <br><br> CITY OF SANTA BARBARA, etc., et al., <br><br> Defendants/Respondents. | CASE NO. CV 10-06534 DDP (RCx) <br><br> ORDER ON STIPULATION TO AMEND THE SCHEDULING ORDER AND CONTINUE THE TRIAL DATE, PRE-TRIAL CONFERENCE DATE, AND DISCOVERY-CUT-OFF DATES <br><br> Present Trial Date: 4/9/2013 <br> Proposed Trial Date: 9/24/2013 <br><br> Present Pre-Trial Conf.: 3/18/2013 <br> Proposed Pre-Trial Conf.: 9/9/2013 <br><br> Present Discovery Cut-Off: 12/22/2012 <br> Proposed Discovery Cut-Off: 8/5/2013 |

The parties' stipulation requesting that this Court modify the scheduling order and to continue the Trial, the Pre-Conference Trial, and the discovery cut-off date having been filed and good cause appearing therefore,

IT IS HEREBY ORDERED that the trial in the above-referenced matter and related dates are continued as follows:

- 3 Day Jury Trial is continued to September 24, 2013 at 9:00 a.m.;

///

1

- Final Pre-Trial Conference is continued to September 9, 2013 at 11:00 a.m. ; and
- Discovery Cut-off is continued to August 5, 2013.

IT IS SO ORDERED.

DATED: __March 25, 2013_____

DEAN D. PREGERSON
United States District Judge

2