JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA BARBARA PATIENTS' COLLECTIVE HEALTH COOPERATIVE, a California cooperative corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SANTA BARBARA, a California municipal corporation,<br><br>　　　　Defendant.<br>_____ | Case No. CV 10-06534 DDP (VBKx)<br><br>**ORDER OF DISMISSAL** |

　　On October 24, 2013 the Court conducted a settlement conference.

　　THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

　　All pending motions, ex parte applications and calendar dates are vacated by the Court.

　　The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: October 30, 2013

　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　United States District Judge